UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-00098-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| NICKOLAS M. GODFREY, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion to Dismiss Appeal, filed through counsel. Defendant also seeks to withdraw his transcript request as part of his motion. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Dismiss Appeal (#39) is **GRANTED**, and his corresponding transcript request shall be withdrawn.

Signed: September 3, 2019

Max O. Cogburn Jr.
United States District Judge