# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:18-CR-00098-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **NICKOLAS M. GODFREY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant's Motion for Compassionate Release. See Doc. No. 48. Having reviewed the motion, the Court finds that a response from the Government is needed to fully consider its merits. Therefore, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's Motion for Compassionate Release within **seven days** of the entry of this Order.

Signed: June 6, 2020

Max O. Cogburn Jr
United States District Judge