UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-98-MOC-DSC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| NICKOLAS M. GODFREY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on defendant's Second Motion for Compassionate Release/Reduction of Sentence, (Doc. No. 52). Defendant brings this second motion due to what he purports are changed circumstances justifying his release from prison due to COVID-19. Defendant is represented by J. Darren Byers.

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: September 2, 2020

Max O. Cogburn Jr.
United States District Judge